UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION AT LAFAYETTE

IN RE:                                    )
LYNNISE ASEELAH SMITH           )       BANKRUPTCY NO. 10-40643-REG
                                          )       CHAPTER 7
    DEBTOR.                          )

### NOTICE OF DEPOSIT OF SMALL DIVIDEND

Comes now the Trustee, Kimberly A. Wright, and advises that dividends to the below-listed creditors were less than $5.00 each:

Claim #2        Fifth Third Bank                                            $3.28
                PO Box 829009
                Dallas, TX 75382

Respectfully submitted,

/s/ Kimberly A. Wright
Kimberly A. Wright, Trustee
P.O. Box 377
Lafayette, IN 47902
Telephone: (765) 742-7259
Facsimile: (765) 742-6868
Email: kimberly.gilbert1@frontier.com

### CERTIFICATE OF SERVICE

I certify that on August 22, 2011, service of a true and complete copy of the foregoing pleading was made upon:

1. U. S. Trustee, 100 East Wayne Street, Suite 555, South Bend, Indiana, 46601
2. John D. Walls, 21 S. Range Line Rd. #300, Carmel, In 46032
3. Fifth Third Bank, PO Box 829009, Dallas, TX 75382

by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed, or by electronic mail.

/s/ Kimberly A. Wright
Kimberly A. Wright